No. 54294.—Ciba Pharmaceutical Products, Inc., and Hoffmann-LaRoche, Inc. v. United States, protests 144400–K and 144403–K (New York).

Opinion by Cole, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.